1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BRIGGS MATHESON (CABN 291287)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6844
7       FAX: (415) 436-7234
        briggs.matheson@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-225-RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CHAD SUNDERLAND, | |
| Defendant. | |

On August 27, 2019, the parties in the above-captioned case appeared before this Court for a status conference. Dkt. No. 26. At that time, the parties informed the Court that the government had recently produced additional discovery and that the parties were engaged in discussion regarding a potential resolution of the case. The parties therefore asked the Court to set a further status conference on October 1, 2019. Based on the agreement of the parties and for good cause shown, the Court excluded time under the Speedy Trial Act until October 1, 2019. Dkt. No. 28.

The parties now stipulate and respectfully request that the status conference be continued to November 5, 2019, at 2:30 p.m. The parties request this continuance for defense counsel to review discovery—including DNA and fingerprint lab reports, which the government recently received and produced to the defense—and to allow additional time for the parties' ongoing discussions regarding a

STIPULATION AND [PROPOSED] ORDER         1
19-CR-225 RS

pretrial resolution in this case.

The parties further agree and jointly request that the time between October 1, 2019, and November 5, 2019, should be excluded under the Speedy Trial Act to provide reasonable time necessary for effective preparation of counsel, and to continue their productive negotiations regarding a pretrial resolution, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DAVID L. ANDERSON
United States Attorney

Dated: September 26, 2019   \_\_/s/_____
BRIGGS MATHESON
Assistant United States Attorney

Dated: September 26, 2019   \_\_/s/_____
ANN MCGLENON
Counsel for Defendant CHAD SUNDERLAND

## ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status conference in the above-captioned matter is continued to November 5, 2019, at 2:30 p.m. The Court further ORDERS that the exclusion of time from October 1, 2019, to November 5, 2019 (inclusive), is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: 9/26/19

HON. RICHARD SEEBORG
United States District Judge