DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BRIGGS MATHESON (CABN 291287)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6844
    FAX: (415) 436-7234
    briggs.matheson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-225-RS |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v. | |
| CHAD SUNDERLAND, | |
|     Defendant. | |

On September 26, 2019, pursuant to a stipulation by the parties, the Court set a status conference in the above-captioned case for November 5, 2019. The parties now stipulate and respectfully request that the status conference be continued to November 19, 2019, at 2:30 p.m., and be set as a Change of Plea Hearing. The parties request this continuance for accommodate defense counsel's schedule and for the parties to finalize a pretrial resolution in this case.

The parties further agree and jointly request that the time between November 5, 2019, and November 19, 2019, should be excluded under the Speedy Trial Act to provide reasonable time necessary for effective preparation of counsel, and to continue their productive negotiations regarding a pretrial resolution, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendant in a

speedy trial.

**IT IS SO STIPULATED.**

DAVID L. ANDERSON
United States Attorney

Dated: November 1, 2019

___/s/_____
BRIGGS MATHESON
Assistant United States Attorney

Dated: November 1, 2019

___/s/_____
ANN MCGLENON
Counsel for Defendant CHAD SUNDERLAND

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status conference in the above-captioned matter is continued to November 19, 2019, at 2:30 p.m., for a Change of Plea Hearing. The Court further ORDERS that the exclusion of time from November 5, 2019, to November 19, 2019 (inclusive), is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: 11/4/19

_____
HON. RICHARD SEEBORG
United States District Judge