1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KEVIN RUBINO (CABN 255677)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7291
7       FAX: (415) 436-7234
        Kevin.Rubino@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0225-RS |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| CHAD ERIC SUNDERLAND, | |
| Defendant. | |

Pursuant to Criminal Local Rule 32-2, the parties provide this stipulation to the Court to jointly request a change in the date for the sentencing hearing from April 21, 2020 to May 5, 2020.

There is good cause for this change. As the Court noted in General Order No. 72, to curb the rapid spread of coronavirus, the six Bay Area counties have announced a shelter in place order directing everyone to stay inside their homes and away from others as much as possible for the next three weeks. This shelter-in-place order, as well as related precautions taken by the Santa Rita Jail, where the Defendant is housed, may limit the ability of defense counsel to meet with her client. If the sentencing hearing were to remain unchanged, these restrictions could interfere with defense counsel's ability to respond to the proposed presentence report on the timeline required by Criminal Local Rule 32-4(b). Finally, because the case is post-plea, the Speedy Trial Act is not implicated.

STIPULATION AND [PROPOSED] ORDER      1
19-CR-0225-RS

The parties have conferred with the Probation Officer who has confirmed that he is available on May 5 for a rescheduled sentencing hearing.

The parties have also conferred with the Courtroom Deputy Clerk who has confirmed that May 5 is available on the Court's calendar.

IT IS SO STIPULATED.

DATED: March 20, 2020

*/s/ Kevin Rubino*
KEVIN RUBINO
Assistant United States Attorney

DATED: March 20, 2020

*/s/ Ann McGlenon*
ANN McGLENON
Counsel for Defendant
Chad Eric Sunderland

## ORDER

For the reasons stated above, the Court CONTINUES the sentencing hearing currently scheduled for April 21, 2020 at 2:30 p.m. to May 5, 2020 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 3/20/2020

HONORABLE RICHARD SEEBORG
United States District Court Judge