1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KEVIN RUBINO (CABN 255677)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7291
7       FAX: (415) 436-7234
        Kevin.Rubino@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR-0225-RS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| CHAD ERIC SUNDERLAND, | ) |
| Defendant. | ) |

Pursuant to Criminal Local Rule 32-2, the parties provide this stipulation to the Court to jointly request a change in the date for the sentencing hearing from May 5, 2020 to June 9, 2020.

There is good cause for this change. As the Court noted in General Order No. 72, to curb the rapid spread of coronavirus, the six Bay Area counties issued a shelter-in-place order directing everyone to stay inside their homes and away from others as much as possible. On March 31, this shelter-in-place order was extended through at least May 3. In addition, in General Order No. 74, the Court found that sentencing hearings currently cannot be conducted in person without seriously jeopardizing public health and safety. Finally, Mr. Sunderland is currently in quarantine at the Santa Rita Jail, which may interfere with his ability to communicate with counsel in preparation for his sentencing.

The parties have conferred with the Probation Officer who has confirmed that he is available on

June 9 for a rescheduled sentencing hearing.

The parties have also conferred with the Courtroom Deputy Clerk who has confirmed that June 9 is available on the Court's calendar.

IT IS SO STIPULATED.

DATED: April 10, 2020  _____/s/_____
KEVIN RUBINO
Assistant United States Attorney

DATED: April 10, 2020  _____/s/_____
ANN McGLENON
Counsel for Defendant
Chad Eric Sunderland

**ORDER**

For the reasons stated above, the Court CONTINUES the sentencing hearing currently scheduled for May 5, 2020 at 2:30 p.m. to June 9, 2020 at 2:30 p.m.

IT IS SO ORDERED.

DATED: April 10, 2020
_____
HONORABLE RICHARD SEEBORG
United States District Court Judge